# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0443.  MARILYN A. ENNIS v. RIVERCREST HOMEOWNERS ASSOCIATION, INC. et al.**

In this civil action, plaintiff Marilyn A. Ennis filed a motion to disqualify counsel for defendant Rivercrest Homeowners Association, Inc.  The trial court denied the motion and awarded attorney fees to defense counsel.  Ennis then filed this application for discretionary appeal seeking review of the attorney fees award.  We, however, lack jurisdiction.

Because the action remains pending below, the order Ennis seeks to appeal is interlocutory.  See *Eidson v. Croutch*, 337 Ga. App. 542, 544 (788 SE2d 129) (2016) (because the transfer order was a continuation of the same proceeding and not final, the attorney fees order was not immediately appealable).  Therefore, in order to obtain appellate review, Ennis was required to follow the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996) (where contested order is interlocutory, discretionary appeal statute does not excuse failure to comply with OCGA § 5-6-34 (b)); *Eidson*, 337 Ga. App. at 545 ("Although . . . an order granting attorney fees may involve a distinct and separate offshoot of the underlying pending action, that is not the test for determining whether this Court has jurisdiction.").  Ennis's failure to do so deprives this Court of jurisdiction of this application, which is hereby DISMISSED.  Defense counsel's request for a frivolous application penalty

pursuant to Court of Appeals Rule 7 (e) (2) is DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/16/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*